IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANTHONY HILL, )
)
       Plaintiff, )
)
vs. ) Case No. CIV-15-881-C
)
THE CITY OF OKLAHOMA CITY, et al., )
)
       Defendants. )

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant City of Oklahoma City Police Department's ("OCPD") Motion to Dismiss (Dkt. No. 19). Plaintiff filed a Response (Dkt. No. 20) and Defendant filed a Reply (Dkt. No. 21). The Motion is at issue.

Defendant argues that OCPD is not a suable entity and is not referred to in the body of the Complaint, though listed in the caption. Plaintiff stipulates that although OCPD was listed in the caption of the Complaint, the OCPD was not served and was never intended to be sued as a distinct entity.

Accordingly, Defendant OCPD's Motion to Dismiss (Dkt. No. 19) is GRANTED and OCPD is dismissed as a party to this action.

IT IS SO ORDERED this 28th day of January, 2016.

_____
ROBIN J. CAUTHRON
United States District Judge