IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ANTHONY HILL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-881-C |
| | ) | |
| CITY OF OKLAHOMA CITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

AMENDED SCHEDULING ORDER

| 1. | Trial Docket: **December 5, 2017**. |
|---|---|
| 2. | Motions in limine to be filed by **November 14, 2017**. |
| 3. | Requested voir dire to be filed by **November 14, 2017**. |
| 4. | Trial briefs (optional unless otherwise ordered) to be filed by **November 14, 2017**. |
| 5. | Requested jury instructions to be filed by **November 14, 2017**. |
| 6. | The Final Pretrial Report, approved by all counsel, and in full compliance with the local rules, together with the proposed order approving the report, to be submitted to the Court by **November 21, 2017**. |
| 7. | Designations of deposition testimony to be used at trial to be filed by **November 21, 2017**. Objections and counter designations to be filed by **November 28, 2017**. |
| 8. | Any objection or response to the trial submissions referenced in 2, 3, 4, or 5 to be filed within **14 days** thereafter. |

IT IS SO ORDERED this 11th day of September, 2017.

ROBIN J. CAUTHRON
United States District Judge